McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TIMOTHY STURGEON, ) <br> ) <br> Defendant. ) <br> _____) | Mag. No. CR. S-08-mj-0407 DAD <br><br> STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING AND EXCLUDING TIME |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Kyle Reardon, counsel for the plaintiff, and Carolyn Oliver, Esq., counsel for the defendant, that good cause exists to extend the preliminary hearing currently set for Wednesday, December 3, 2008, at 2:00 p.m. to Wednesday, January 7, 2009, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d). This is the first request by the parties for an extension of time for the preliminary hearing.

Good cause exists to extend the time for the preliminary hearing within the meaning of Rule 5.1(d) because more time will permit the parties to perform additional investigation, evaluate the evidence in this case, and discuss a possible pre-indictment

1

1 resolution.  The parties are engaging in preliminary discussions and
2 believe that a resolution may be possible.
3     Counsel further stipulate that an exclusion of time from now
4 until Wednesday, January 7, 2009, is appropriate under the Speedy
5 Trial Act because of the fact that defense counsel has not yet
6 reviewed the discovery that has been provided in this case.  Defense
7 counsel was recently retained and has not yet received discovery
8 from the Federal Defender.  Furthermore, both parties intend to
9 engage in additional investigation that will likely have a
10 significant impact on the resolution of this case.  As a result,
11 counsel for both parties believe time should be excluded under Local
12 Code T4 to allow a reasonable time to prepare.  18 U.S.C.
13 § 3161(h)(8)(B)(iv); Local Code T4.

                                    Respectfully Submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney

Dated: December 2, 2008             /s/ Kyle Reardon
                                    KYLE REARDON
                                    Assistant U.S. Attorney

Dated: December 2, 2008             /s/ Kyle Reardon for
                                    CAROLYN OLIVER
                                    Counsel for the defendant

2

**<u>ORDER</u>**

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The Court finds good cause to extend the Preliminary Hearing currently set for Wednesday, December 3, 2008, at 2:00 p.m., to Wednesday, January 7, 2009, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d);

2. Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through Wednesday, January 7, 2009.

IT IS SO ORDERED.

DATED: December 3, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE