```
McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>TIMOTHY STURGEON,<br><br>            Defendant. | Mag. No. CR. S-08-mj-0407 DAD<br><br>STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING AND EXCLUDING TIME |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Kyle Reardon, counsel for the plaintiff, and Carolyn Oliver, Esq., counsel for the defendant, that good cause exists to extend the preliminary hearing currently set for Wednesday, January 7, 2008, at 2:00 p.m. to Friday, February 20, 2009, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d).  This is the second request by the parties for an extension of time for the preliminary hearing.

Good cause exists to extend the time for the preliminary hearing within the meaning of Rule 5.1(d) because more time will permit the parties to perform additional investigation, evaluate the evidence in this case, and discuss a possible pre-indictment

1

1  resolution.
2      Counsel further stipulate that an exclusion of time from now
3  until Friday, February 20, 2009, is appropriate under the Speedy
4  Trial Act because of the need for the examination and the fact that
5  defense counsel is reviewing the discovery previously provided in
6  this case.  As a result, counsel for both parties believe time
7  should be excluded under Local Code T4 to allow a reasonable time to
8  prepare.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

Dated: January 5, 2008            /s/ Kyle Reardon
                                        KYLE REARDON
                                        Assistant U.S. Attorney

Dated: January 5, 2008            /s/ Kyle Reardon for
                                        CAROLYN OLIVER
                                        Counsel for the defendant

2

**<u>ORDER</u>**

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The Court finds good cause to extend the Preliminary Hearing currently set for Wednesday, January 7, 2008, at 2:00 p.m., to Friday, February 20, 2009, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d);

2. Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through Friday, February 20, 2009.

IT IS SO ORDERED.

Date: January 7, 2009

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

sturgeon.eot