```
LAWRENCE G. BROWN
Acting United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TIMOTHY STURGEON,<br><br>    Defendant.<br>_____ | NO. 08-mj-0407 DAD<br><br>STIPULATION AND ORDER<br>CONTINUING PRELIMINARY HEARING<br>AND EXCLUDING TIME |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Kyle Reardon, counsel for the plaintiff, and Carolyn Oliver, Esq., counsel for the defendant, that good cause exists to extend the preliminary hearing currently set for Friday, February 20, 2009, at 2:00 p.m. to Friday, May 1, 2009, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d). This is the third request by the parties for an extension of time for the preliminary hearing.

Good cause exists to extend the time for the preliminary hearing within the meaning of Rule 5.1(d) because more time will permit the parties to perform additional investigation, evaluate the evidence in this case, and discuss a possible pre-indictment

1

1 resolution.  Specifically, the parties are seeking to have a
2 psychological evaluation performed on the defendant.  The additional
3 time is necessary to permit this evaluation and the preparation of a
4 report.  The results of this evaluation will affect the charges that
5 are brought in this case and may lead to a possible resolution prior
6 to the bringing of an indictment.

7     Counsel further stipulate that an exclusion of time from now
8 until Friday, May 1, 2009, is appropriate under the Speedy Trial Act
9 because of the need for the examination.  As a result, counsel for
10 both parties believe time should be excluded under Local Code T4 to
11 allow a reasonable time to prepare.  18 U.S.C. § 3161(h)(8)(B)(iv);
12 Local Code T4.

13     Respectfully Submitted,

14     LAWRENCE G. BROWN
    Acting United States Attorney
15

16 Dated: February 19, 2009    /s/ Kyle Reardon
    KYLE REARDON
17     Assistant U.S. Attorney

18
Dated: February 19, 2009    /s/ Kyle Reardon for
19     CAROLYN OLIVER
    Counsel for the defendant
20

21 **ORDER**

22     Based upon the representations by counsel and the stipulation
23 of the parties, IT IS HEREBY ORDERED that:
24     1.   The Court finds good cause to extend the Preliminary
25 Hearing currently set for Friday, February 20, 2009, at 2:00 p.m.,
26 to Friday, May 1, 2009, at 2:00 p.m., pursuant to Federal Rule of
27 Criminal Procedure 5.1(d);
28 /////

2.  Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded through Friday, May 1, 2009.

IT IS SO ORDERED.

DATED: February 19, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/sturgeon0407.stipord