```
1  LAWRENCE G. BROWN
   Acting United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag. No. CR. S-08-mj-0407 DAD |
| Plaintiff, | STIPULATION AND ORDER |
| v. | CONTINUING PRELIMINARY HEARING AND EXCLUDING TIME |
| TIMOTHY STURGEON, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Kyle Reardon, counsel for the plaintiff, and Carolyn Oliver, Esq., counsel for the defendant, that good cause exists to extend the preliminary hearing currently set for Thursday, May 14, 2009, at 2:00 p.m. to Friday, June 12, 2009, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d). This is the fifth request by the parties for an extension of time for the preliminary hearing.

Good cause exists to extend the time for the preliminary hearing within the meaning of Rule 5.1(d). The parties are discussing a pre-indictment resolution of this case. Additional time is necessary to explore all possible areas in which a

1

settlement may be reached.

In particular, the parties are attempting to reach a resolution in which the defendant will plead in San Joaquin Superior Court to a violation of California state law. Due to the need to coordinate with the local district attorney's office, additional time is needed.

Counsel further stipulate that an exclusion of time from now until Friday, June 12, 2009, is appropriate under the Speedy Trial Act because of the need for the examination. As a result, counsel for both parties believe time should be excluded under Local Code T4 to allow a reasonable time to prepare. 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

Respectfully Submitted,

LAWRENCE G. BROWN
Acting United States Attorney

Dated: May 14, 2009     /s/ Kyle Reardon
KYLE REARDON
Assistant U.S. Attorney

Dated: May 14, 2009     /s/ Kyle Reardon for
CAROLYN OLIVER
Counsel for the defendant

**<u>ORDER</u>**

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The Court finds good cause to extend the Preliminary Hearing currently set for Thursday, May 14, 2009, at 2:00 p.m., to Friday, June 12, 2009, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d);

2. Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through Friday, June 12, 2009.

IT IS SO ORDERED.

Date: May 14, 2009

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

sturgeon.ord