LAWRENCE G. BROWN
Acting United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TIMOTHY STURGEON, ) <br> ) <br> Defendant. ) <br> _____ ) | Mag. No. S-08-mj-0407 DAD <br><br> STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING AND EXCLUDING TIME |

 IT IS HEREBY STIPULATED by and between Assistant United States Attorney Kyle Reardon, counsel for the plaintiff, and Carolyn Oliver, Esq., counsel for the defendant, that good cause exists to extend the preliminary hearing currently set for Friday, June 12, 2009, at 2:00 p.m. to Friday, August 14, 2009, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d).  This is the sixth request by the parties for an extension of time for the preliminary hearing.

 Good cause exists to extend the time for the preliminary hearing within the meaning of Rule 5.1(d).  The parties are discussing a pre-indictment resolution of this case.  Additional time is necessary to explore all possible areas in which a

1

1  settlement may be reached.

2      In particular, the parties are attempting to reach a resolution
3  in which the defendant will plead in San Joaquin Superior Court to a
4  violation of California state law.  Due to the need to coordinate
5  with the local district attorney's office, additional time is
6  needed.

7      Counsel further stipulate that an exclusion of time from now
8  until Friday, August 14, 2009, is appropriate under the Speedy Trial
9  Act because of the need for the examination.  As a result, counsel
10 for both parties believe time should be excluded under Local Code T4
11 to allow a reasonable time to prepare.  18 U.S.C.
12 § 3161(h)(8)(B)(iv); Local Code T4.

13                                   Respectfully Submitted,

14                                   LAWRENCE G. BROWN
15                                   Acting United States Attorney

16 Dated: June 11, 2009          */s/ Kyle Reardon*
                                                KYLE REARDON
17                                   Assistant U.S. Attorney

18

19 Dated: June 11, 2009          */s/ Kyle Reardon for*
                                                CAROLYN OLIVER
20                                   Counsel for the defendant

21

22

23

24

25

26

27

28

**<u>ORDER</u>**

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The Court finds good cause to extend the Preliminary Hearing currently set for Friday, June 12, 2009, at 2:00 p.m., to Friday, August 14, 2009, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d);

2. Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through Friday, August 14, 2009.

IT IS SO ORDERED.

Date: June 15, 2009

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

sturgeon.eot3