```
LAWRENCE G. BROWN
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY STURGEON, <br><br> Defendant. | No. 08-mj-0407 DAD <br><br> STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING AND EXCLUDING TIME |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Kyle Reardon, counsel for the plaintiff, and Carolyn Oliver, Esq., counsel for the defendant, that good cause exists to extend the preliminary hearing currently set for Friday, August 14, 2009, at 2:00 p.m. to Tuesday, September 8, 2009, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d).

Good cause exists to extend the time for the preliminary hearing within the meaning of Rule 5.1(d). The parties have reached an agreement whereby the defendant will plead in San Joaquin Superior Court and be sentenced in state court. Additional time is necessary to allow for the entry of plea and sentencing to occur.

/////

1

1    Counsel further stipulate that an exclusion of time from now
2 until Monday, September 8, 2009, is appropriate under the Speedy
3 Trial Act because of the pending resolution.  As a result, counsel
4 for both parties believe time should be excluded under Local Code T4
5 to allow defense counsel a reasonable time to coordinate and prepare
6 for the pending plea.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

Respectfully Submitted,

LAWRENCE G. BROWN
United States Attorney

Dated: August 13, 2009        /s/ Kyle Reardon
                              KYLE REARDON
                              Assistant U.S. Attorney

Dated: August 13, 2009        /s/ Kyle Reardon for
                              CAROLYN OLIVER
                              Counsel for the defendant

**ORDER**

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The Court finds good cause to extend the Preliminary Hearing currently set for Friday, August 14, 2009, at 2:00 p.m., to Tuesday, September 8, 2009, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d);

2. Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through Tuesday, September 8, 2009.

IT IS SO ORDERED.

DATED: August 13, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/sturgeon0407.stipord(2)