```
LAWRENCE G. BROWN
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>   v.<br><br>TIMOTHY STURGEON,<br><br>            Defendant. | No. 08-mj-0407 DAD<br><br>STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING AND EXCLUDING TIME |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney Kyle Reardon, counsel for the plaintiff, and Carolyn Oliver, Esq., counsel for the defendant, that good cause exists to extend the preliminary hearing currently set for Tuesday, September 8, 2009, at 2:00 p.m. to Friday, September 25, 2009, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d).

    Good cause exists to extend the time for the preliminary hearing within the meaning of Rule 5.1(d).  The parties have reached an agreement whereby the defendant will plead in San Joaquin Superior Court and be sentenced in state court.  Due to the availability of the Assistant District Attorney handling this matter in state court, this plea cannot take place until the week of

September 14, 2009.  Additional time is necessary to allow for the entry of plea and sentencing to occur.

Counsel further stipulate that an exclusion of time from now until Friday, September 25, 2009, is appropriate under the Speedy Trial Act because of the pending resolution.  As a result, counsel for both parties believe time should be excluded under Local Code T4 to allow defense counsel a reasonable time to coordinate and prepare for the pending plea.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

                                      Respectfully Submitted,

                                      LAWRENCE G. BROWN
                                      United States Attorney

Dated: August 17, 2009           /s/ Kyle Reardon
                                      KYLE REARDON
                                      Assistant U.S. Attorney

Dated: August 17, 2009           /s/ Kyle Reardon for
                                      CAROLYN OLIVER
                                      Counsel for the defendant

**ORDER**

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

   1.   The Court finds good cause to extend the Preliminary Hearing currently set for Tuesday, September 8, 2009, at 2:00 p.m., to Friday, September 25, 2009, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d);

   2.   Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded through Friday, September 25, 2009.

   IT IS SO ORDERED.

DATED: August 17, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE


Ddad1/orders.criminal/sturgeon0407.stipord(3)