```
LAWRENCE G. BROWN
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-mj-0407 DAD |
| Plaintiff, | |
| v. | MOTION TO DISMISS INDICTMENT and ORDER DISMISSING COMPLAINT |
| TIMOTHY STURGEON, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, asks the Court to file an order dismissing the complaint against Timothy Sturgeon, filed on November 13, 2008, in case number 2:08-MJ-0407 DAD. On September 14, 2009, the defendant pleaded guilty in San Joaquin Superior Court to a violation of California Penal Code Section 311.11,

///
///
///
///
///

1

Receipt of Child Pornography, and was sentenced to 16 months imprisonment.  The defendant was immediately remanded by the Superior Court Judge to begin serving his sentence.

Date: September 15, 2009           Respectfully submitted,

                                        LAWRENCE G. BROWN
                                      United States Attorney

                              By: */s/ Kyle Reardon*
                                  KYLE REARDON
                                  Assistant U.S. Attorney

    IT IS SO ORDERED.

Dated: September 30, 2009
                        /s/ Gregory G. Hollows
                        _____
                        U.S. Magistrate Judge

sturgeon.dsm